No. 24-121

IN THE

# United States Court of Appeals for the Federal Circuit

IN RE HAPTIC, INC.,

*Petitioner*.

On Petition for Writ of Mandamus to the
United States District Court for the Western
District of Texas
No. 1:23-cv-01351-DII, Hon. Robert Pitman

**HAPTIC, INC.'S NOTICE OF CORRECTION RE APPENDIX TO
PETITION FOR WRIT OF MANDAMUS**

Brian D. Melton
Rocco Magni
Ace M. Factor
Samuel Drezdzon
Thomas V. DelRosario
Shaleez E. Ozlat
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
*Counsel for Haptic, Inc.*

1

On, April 15, 2024, Haptic, Inc. ("Haptic") filed its petition for writ of mandamus ("Petition") with this Court (No. 24-121). Filing contemporaneously with this Notice of Correction are (1) a corrected version of the Appendix to the Petition, marked "CORRECTED," that contains no confidential information and can be made publicly available, and (2) a confidential version of the Appendix, marked "CORRECTED CONFIDENTIAL," that contains material filed under seal at the District Court.

Haptic respectfully requests that the Court enter both the CORRECTED Appendix and CORRECTED CONFIDENTIAL Appendix filed contemporaneously with this Notice; and please expunge from the record the copy of the Appendix filed on April 15. 2024.

Respectfully submitted,

/s/ *Brian D. Melton*

Brian D. Melton
Rocco Magni
Ace M. Factor
Samuel Drezdzon
Thomas V. DelRosario
Shaleez E. Ozlat
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
*Counsel for Haptic, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2024, I electronically filed this brief with the Clerk of this Court by using the appellate CM/ECF system.

A copy of the foregoing was served upon the following counsel of record via the Court ECF system and FedEx:

Roger A. Denning
Seth M. Sproul
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Joy B. Kete
Qiuyi Wu
FISH & RICHARDSON P.C.
One Marino Park Dr
Boston, MA 02210
Tel: (617) 542-5070
Fax: (617) 542-8906

Steven J. Wingard
SCOTT, DOUGLAS & MCCONNICO, L.L.P.
303 Colorado St Ste 2400
Austin, TX 78701
Tel: (512) 495-6300
Fax: (512) 495-6399

Hon. Robert Pitman
U.S. District Court, Western District of Texas
501 W 5th St Ste 5300
Austin, TX 78701

                                                                         SUSMAN GODFREY L.L.P.
*/s/ Brian D. Melton*
Brian D. Melton
*Counsel for Petitioner*